**SELDOVIA VILLAGE TRIBE,**
Appellant,

v.

**Mike LEAVITT, Secretary of Health
and Human Services, Appellee.**

No. 05–1536.

United States Court of Appeals,
Federal Circuit.

March 27, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**James D. HILTS, Sr., Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

No. 06–3019.

United States Court of Appeals,
Federal Circuit.

March 27, 2006.

James D. Hilts, Sr., pro se.

*ORDER*

James D. Hilts, Sr., has complied with the court's order of February 27, 2006.

Upon consideration thereof,

IT IS ORDERED THAT:

The order of dismissal and the mandate be, and the same hereby are, vacated and recalled, and the petition for review is reinstated.